AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JORGE ~~SANCHEZ~~-RODRIGUEZ | CASE NUMBER: 08CR2085-JM |

I, JORGE ~~SANCHEZ~~-RODRIGUEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/23/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X *Jorge Rodriguez*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer