# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
              vs )
Jorge Rodriguez )

CASE NUMBER 08CR2085-JM

ABSTRACT OF ORDER

Booking No. 06363298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/29/08 the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [ ] Defendant released on $_____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for ____ years.
- [ ] c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
  ____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [X] Other. Charges pending in 08CR2801-JM

UNITED STATES MAGISTRATE JUDGE
            OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
            Deputy Clerk

Received MERINO
           DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY